# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) CRIMINAL NO. 2:93-CR-77-DBH<br>) CIVIL NO. 2:16-CV-304-DBH |
| AEDAN C. McCARTHY, | )<br>) |
| DEFENDANT/PETITIONER | )<br>) |

## ORDER ON JOINT MOTION TO VACATE SENTENCE

The joint motion to vacate is **GRANTED**, and the defendant's sentence will be amended as provided in the Joint Agreement and Sentencing Recommendation (ECF No. 205). The Clerk's Office shall prepare an Amended Judgment and Commitment Order accordingly.

**SO ORDERED.**

**DATED THIS 16TH DAY OF OCTOBER, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**